IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

NASSER AMERI                                                                    PLAINTIFF

vs.                                    4:11CV00573-BRW

UNITED STATES DEPARTMENT OF JUSTICE                                             DEFENDANT

## JUDGMENT

Based on an Order entered this date, this case is DISMISSED.

IT IS SO ORDERED this 1st day of September, 2011.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE